| | |
|---|---|
| 1 | Gregory B. Wood (S.B.N. 068064) |
| | **FULBRIGHT & JAWORSKI L.L.P.** |
| 2 | 555 South Flower Street, 41st Floor |
| | Los Angeles, California 90071 |
| 3 | Telephone:(213) 892-9200 |
| | Facsimile: (213) 892-9494 |
| 4 | |
| 5 | Joseph P. Zammit (*pro hac vice pending*) |
| | Felice B. Galant (*pro hac vice pending*) |
| | **FULBRIGHT & JAWORSKI L.L.P.** |
| 6 | 666 Fifth Avenue |
| | New York, New York 10103 |
| 7 | Telephone:(212) 318-3000 |
| | Facsimile: (212) 318-3400 |
| 8 | |
| 9 | Attorneys for Defendant AT&T CORP. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/18/05*

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, | Case No.: MDL 1423 |
| | Case No.: 5:04-CV-04247(RMW) |
| | S.D.N.Y. Case No.: 03-CV-8629 |
| Plaintiff, | **STIPULATION TO STAY TIME FOR AT&T CORP. TO FILE AND SERVE PRELIMINARY INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION PURSUANT TO PATENT L.R. 3-3 AND 3-4** |
| v. | |
| AT&T CORP., | |
| Defendant. | |
| | Disc. Cut-Off: Not Set |
| | Pretrial: Not Set |
| | Trial: Not Set |

25573453.1

Stipulation to Stay Time for AT&T to File and Serve Preliminary Invalidity Contentions and Accompanying Documents Pursuant to Patent L.R. 3-3 and 3-4 Pending Final Determination By Patent Office of Validity Of Patents In Suit. Case No. MDL 1423/No. 5:04-CV-04247 (RMW)

WHEREAS, by Order signed on August 17, 2005 and entered August 23, 2005, this Court ordered a partial stay of all current proceedings assigned to the court by the Judicial Panel on Multidistrict Litigation, staying virtually all hearing and scheduling dates, but requiring the filing by all defendants of their Preliminary Invalidity Contentions pursuant to Patent L.R. 3-3 and their Document Production Accompanying Preliminary Invalidity Contentions pursuant to Patent L.R. 3-4;

WHEREAS, The United States Patent and Trademark Office ("USPTO") on August 15, 2005, mailed Office Actions in *Ex Parte* Reexamination issuing preliminary determinations rejecting all of the claims in the patents in suit, U.S. Patent Nos. 5,883,964 and 6,035,027;

WHEREAS, a stay of the deadline for defendant AT&T Corp. ("AT&T") to comply with Patent L.R. 3-3 and 3-4 is appropriate because, if the USPTO's invalidity determination becomes final, it will not be necessary for defendants to comply with Pat. L.R. 3-3 and 3-4;

//
//
//
//
//
//
//
//
//
//
//
//
//
//

DOCUMENT PREPARED
ON RECYCLED PAPER

Stipulation to Stay Time for AT&T to File and Serve Preliminary Invalidity Contentions and Accompanying Documents Pursuant to Patent L.R. 3-3 and 3-4 Pending Final Determination By Patent Office of Validity Of Patents In Suit. Case No. MDL 1423/No. 5:04-CV-04247 (RMW)

1    IT IS HEREBY STIPULATED AND AGREED, by and among the parties
2 hereto, subject to approval of the Court, that the time for defendant AT&T to file
3 and serve Preliminary Invalidity Contentions and Document Production
4 Accompanying Preliminary Invalidity Contentions pursuant to Patent L.R. 3-3 and
5 3-4 shall be stayed pending a final determination of the USPTO of the validity of
6 the patents in suit.

Dated: September 6, 2005       FULBRIGHT & JAWORSKI L.L.P.

                               By: _____
                                   Gregory B. Wood
                                   Attorneys for Defendant
                                   AT&T CORP

Dated: September 6, 2005       JOHN P. SUTTON, ATTORNEY AT LAW

                               By: _____
                                   John P. Sutton
                                   Attorney for Plaintiff
                                   Cygnus Telecommunications
                                   Technology, LLC

IT IS SO ORDERED.

Date: __10/18/05__             /S/ RONALD M. WHYTE
                               _____
                               Hon. Ronald M. Whyte
                               United States District Judge

DOCUMENT PREPARED
ON RECYCLED PAPER

# PROOF OF SERVICE

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On September 8, 2005, I served a copy of the within document(s):

**STIPULATION TO STAY TIME FOR AT&T CORP. TO FILE AND SERVE PRELIMINARY INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION PURSUANT TO PATENT L.R. 3-3 AND 3-4**

| | |
|---|---|
| X | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. |
| | by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery. |
| | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |

**John P. Sutton, Esq.**
Attorney at Law
2421 Pierce Street
San Francisco, CA 94115-1131
Telephone: (415) 929-7408
Facsimile: (415) 922-2885
Email: johnpsutton@earthlink.net

Attorney for Plaintiff
CYGNUS TELECOMMUNICATIONS
TECHNOLOGY, LLC.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the

25520196.3

1

PROOF OF SERVICE – MDL 1423

U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 8, 2005, at Los Angeles, California.

_Susan Crippen_
Susan Crippen

25520196.3

2

PROOF OF SERVICE – MDL 1423

DOCUMENT PREPARED
ON RECYCLED PAPER