Gregory B. Wood (S.B.N. 068064)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
E-Mail: gwood@fulbright.com

Joseph P. Zammit (*pro hac vice pending*)
Felice B. Galant (*pro hac vice pending*)
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
E-Mail: jzammit@fulbright.com
fgalant@fulbright.com

Attorneys for Defendant AT&T CORP.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 11/21/05*

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T CORP.,<br><br>        Defendant. | Case No.: MDL 1423<br>Case No.: 5:04-CV-04247(RMW)<br>S.D.N.Y. Case No.: 03-CV-8629<br><br>**ORDER GRANTING**<br>**REQUEST OF AT&T CORP. TO MAKE TELEPHONIC APPEARANCE AT JOINT CASE MANAGEMENT CONFERENCE**<br><br>Date:   December 2, 2005<br>Time:  10:30 a.m.<br>Ctrm:  No. 6<br>Judge: Hon. Ronald M. Whyte |

1  AT&T Corp. requests that it be permitted to attend the above-identified Case
2  Management Conference by telephone.  The person representing AT&T at the
3  conference will be Gregory B. Wood, whose telephone number is (213) 892-9235.
4
5
6  Dated: November 17, 2005                FULBRIGHT & JAWORSKI L.L.P.
7
8                                          By: _____
                                                Gregory B. Wood
9                                               Attorneys for Defendant
                                                AT&T CORP

10  IT IS SO ORDERED.

11  Date: 11/21/05                         /s/ Ronald M. Whyte
                                           U.S. District Judge
12  The Court will initiate the call between the hours of 10:30 am to 12:30 pm.

---

25598351.1                           -1-
REQUEST OF AT&T CORP. TO MAKE TELEPHONIC APPEARANCE AT JOINT CASE MANAGEMENT
CONFERENCE – MDL-1423

DOCUMENT PREPARED ON RECYCLED PAPER

# PROOF OF SERVICE

I, Susan Crippen, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On November 17, 2005, I served a copy of the within document(s):

**REQUEST OF AT&T CORP. TO MAKE TELEPHONIC APPEARANCE AT JOINT CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

**X** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

> **John P. Sutton, Esq.**
> Attorney at Law
> 2421 Pierce Street
> San Francisco, CA 94115-1131
> Telephone: (415) 929-7408
> Facsimile: (415) 922-2885
> Email: johnpsutton@earthlink.net
>
> Attorney for Plaintiff
> CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the

25520196.5

1

PROOF OF SERVICE – MDL 1423

ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on November 17, 2005, at Los Angeles, California.

*Susan Crippen*
Susan Crippen

25520196.5

2

PROOF OF SERVICE – MDL 1423