1    *E-filed on*  ___1/3/07___

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

| | |
|---|---|
| 12  IN RE CYGNUS TELECOMMUNICATIONS<br>    TECHNOLOGY, LLC, PATENT<br>13  LITIGATION | No. MDL-1423<br>This Order Applies to All Actions |
| ————————————————————— | C-02-00142 RMW |
| 14 | C-02-00145 RMW |
|     THIS ORDER RELATES TO: | C-02-05437 RMW |
| 15  All Actions | C-03-03378 RMW |
|  | C-03-03594 RMW |
| 16 | C-03-03596 RMW |
|  | C-03-04003 RMW |
| 17 | C-04-03001 RMW |
|  | C-04-03365 RMW |
| 18 | C-04-04247 RMW |
|  | C-04-04359 RMW |
| 19 | C-06-03843 RMW |
|  | C-06-04295 RMW |
| 20 | C-06-06479 RMW |
| 21 | ORDER DEEMING MOTIONS SUBMITTED |
|  | ON THE PAPERS & TEMPORARILY |
| 22 | BARRING FURTHER FILING OF MOTIONS |

23

24        The court held a hearing on claim construction and several related motions for summary

25   judgment on November 21, 2006 and has not yet issued a ruling.  On December 1, 2006, plaintiff

26   Cygnus Telecommunications Technology, LLC filed what it styled a revised motion for summary

27   judgment against defendant United World Telecom, L.C. ("UWT").  UWT and defendant AT&T

28   Corp. filed separate responses, asking the court to strike Cygnus's latest filing.  AT&T asked, in the

ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF
MOTIONS—MDL-1423
JAH

1   alternative, for leave to file a response, arguing that Cygnus's motion, although ostensibly directed

2   against only UWT, in reality covered issues common to all defendants.

3        Cygnus's revised motion and the defendants' counter-motions are all deemed submitted on

4   the papers.  No hearing will be held.  No further filings will be accepted in connection with these

5   motions.

6        In fact, until the court resolves all pending issues related to claim construction, validity of the

7   patents-in-suit, and infringement liability of individual defendants, no party should file any further

8   substantive motions.  Permissible filings would be things like a notice of PTO action,[1] notice of a

9   relevant recent decision, scheduling matters involving recently-served defendants,[2] or stipulations

10  regarding settlement.

13  DATED: _____1/3/07_____

    *Ronald M Whyte*

14  RONALD M. WHYTE
    United States District Judge

---

[1]  The court is aware that on December 19, 2006, the PTO issued a final rejection of claims 6 through 11 in the reexamination of U.S. Patent No. 6,035,027.

[2]  On September 20, 2006, the court instructed Cygnus to show cause by December 20, 2006 why any defendant in case no. C-06-04295 remained unserved, but the docket for that case shows no case-specific activity.  Similarly, the court expected a joint scheduling proposal from the parties in case no. C-06-06479 some time ago but has not yet received one.

1  **A copy of this order was mailed on _____ to:**

2  **Counsel for Plaintiff:**                     Kieran Patrick Fallon
                                                    436 SW 8th Street
3  John P. Sutton                                   Miami, FL 33130-2814
   2421 Pierce Street
4  San Francisco, CA 94115-1131                     Matthew Francis McGahren
                                                    Baum & McGahren
5  **Counsel for Defendants:**                      6171 Crooked Creek Road
                                                    Norcross, GA 30092
6  Alan M. Weisberg, Steven M. Greenberg
   Christopher & Weisberg, P.A.                     Lori D. Greendorfer, Maxim H. Waldbaum
7  200 E. Las Olas Avenue, Suite 2040               Schiff Hardin LLP
   Fort Lauderdale, FL 33301                        623 Fifth Avenue, 28th Floor
8                                                   New York, NY 10022
   John C. Carey
9  Rodriguez Greenberg & Paul                       Thomas T. Tamlyn
   1395 Brickell Ave, Suite 700                     Yeskoo Hogan & Tamlyn, LLP
10 Miami, FL 33131                                  535 Fifth Avenue
                                                    New York, NY 10017
11 Felice B. Galant, Gregory B. Wood
   Fulbright & Jaworski L.L.P.                      Peter S. Canelias
12 865 South Figueroa Street                        Law Offices of Peter S. Canelias
   Twenty-Ninth Floor                               420 Lexington Avenue, Suite 2148
13 Los Angeles, CA 90017                            New York, NY 10170

14 Joseph P. Zammit                                 Elizabeth E. Green, R. Scott Shuker
   Fulbright & Jaworski                             Gronek & Latham, LLP
15 666 Fifth Avenue                                 390 N. Orange Avenue, Suite 600
   New York, NY 10103                               Orlando, FL 32801
16
   John F. Mardula, Jon L. Roberts                  Gregory J. Nelson
17 Roberts Mardula & Wertheim, LLC                  Nelson & Roediger
   11800 Sunrise Valley Drive, Suite 1000           3333 E Camelback Road, Suite 212
18 Reston, VA 20191-5302                            Phoenix, AZ 85018

19 Richard B. Sheldon                               Peter Neil Greenfeld
   Mitchell Silberberg & Knupp LLP                  Greenfeld Law Group
20 11377 West Olympic Boulevard                     3333 E Camelback Road, Suite 212
   Los Angeles, CA 90064-1683                       Phoenix, AZ 85018-2324
21
   Jeffrey L. Silvestrini, Brian F. Roberts         Matthew McGahren
22 Cohne Rappaport & Segal                          Baum, McGahren & Chiu, LLC
   P.O. Box 11008                                   6171 Crooked Creek Road
23 Salt Lake City, UT 84147-0008                    Norcross, GA 30092

24 Raymond J. Etcheverry                            **Courtesy Copy:**
   Parsons, Behle & Latimer
25 One Utah Center                                  Clerk of the Panel on Multidistrict Litigation
   201 South Main Street,                           Thurgood Marshall Federal Judiciary Building
26 Suite 1800, Post Office Box 45898                One Columbus Circle, N.E.
   Salt Lake City, UT 84145                         Room G-255, North Lobby
27                                                   Washington, DC  20002-8004

28 Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF MOTIONS—MDL-1423
JAH                                                 3