*E-filed on* 7/12/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION  _____  THIS ORDER RELATES TO:  CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,            Plaintiff,      v.  AT&T CORP.,            Defendant. | No. MDL-1423  (C-04-04247 RMW)   JUDGMENT |

On November 29, 2005, the court granted AT&T's motion for judgment on the pleadings as to Cygnus's claim for trade secret misappropriation. On March 29, 2007, the court granted summary judgment in AT&T's favor on its affirmative defense that the asserted patents are invalid based upon the on-sale bar. Finally, on July 12, 2007, the court granted AT&T's motion for summary judgment of non-infringement of the asserted patent claims. Therefore,

JUDGMENT—No. MDL-1423 (C-04-04247 RMW)

1   IT IS HEREBY ORDERED that judgment be entered in favor of AT&T Corp. and that
2   Cygnus Telecommunications Technology, LLC take nothing by way of its complaint.

DATED:    7/12/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1 | **A copy of this order was mailed on** _____7/12/07_____ **to:**

2 | **Counsel for Plaintiff:**

3 | John P. Sutton
2421 Pierce Street
4 | San Francisco, CA 94115-1131

5 | Lewis Donald Prutzman
Tannenbaum Helpern Syracuse & Hirschritt LLP`
6 | 900 Third Avenue
New York, NY 10022

7 |

**Defendants:**
8 |

Felice B. Galant; Joseph P. Zammit
9 | Fulbright & Jaworski L.L.P.
666 Fifth Avenue
10 | New York, NY 10103-3198

11 | Gregory B. Wood
Fulbright & Jaworski L.L.P.
12 | 865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017
13 |

Kieran Patrick Fallon
14 | 436 SW 8th Street
Miami, FL 33130-2814
15 |

**Courtesy Copy:**
16 |

Clerk of the Panel
17 | Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
18 | One Columbus Circle, N.E.
Room G-255, North Lobby
19 | Washington, D.C. 20002-8004

20 |

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.
21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

JUDGMENT—No. MDL-1423 (C-04-04247 RMW)

3